**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6479

WILLIAM ALLEN LARUE,

Plaintiff - Appellant,

v.

CAPT. RUSSELL MATHENEY; CHRISTY FLORES, In their Official
Capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.   David A. Faber,
Senior District Judge.  (2:08-cv-00983)

Submitted:  June 17, 2010              Decided:  June 28, 2010

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

William Allen LaRue, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William A. LaRue appeals the district court's order adopting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. LaRue v. Matheney, No. 2:08-cv-00983 (S.D.W. Va. Mar. 4, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED